Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Hometown Services, L.L.C. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | FDBA  MBM Southern Equine Stables, L.L.C. <br> FDBA  Southern Equine Stables, L.L.C. |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 72-1460847 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **600 Jefferson Street** <br> **Suite 1401** <br> **Lafayette, LA 70501** <br> Number, Street, City, State & ZIP Code | <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Lafayette** <br> County | Location of principal assets, if different from principal place of business <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

| Debtor | Hometown Services, L.L.C. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

| Debtor | **Hometown Services, L.L.C.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**　　Relationship
District _____　When _____　Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
　Contact name _____
　Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

| Debtor | **Hometown Services, L.L.C.** | Case number (*if known*) |
|---|---|---|
| | Name | |

      ☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
      ☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
      ■ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | Hometown Services, L.L.C. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 18, 2022**
MM / DD / YYYY

**X** **/s/ Michel Moreno**            **Michel Moreno**
Signature of authorized representative of debtor            Printed name

Title  **Manager**

**18. Signature of attorney**

**X** **/s/ Noel Steffes Melancon**            Date **February 18, 2022**
Signature of attorney for debtor            MM / DD / YYYY

**Noel Steffes Melancon 30072**
Printed name

**The Steffes Firm, LLC**
Firm name

**13702 Coursey Blvd.**
**Building 3**
**Baton Rouge, LA 70817**
Number, Street, City, State & ZIP Code

Contact phone  **225-751-1751**     Email address  **nmelancon@steffeslaw.com**

**30072 LA**
Bar number and State

| | | |
|---|---|---|
| Debtor | Hometown Services, L.L.C. | Case number (*if known*) |
| | Name | |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
WESTERN DISTRICT OF LOUISIANA

Case number (*if known*) _____ Chapter __7__

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Elle Investments, LLC** | | | Relationship to you | **Affiliate** |
| District | **Western District of Louisiana, Lafayette Division** | When | **11/08/19** | Case number, if known | **19-51321** |
| Debtor | **MOR DOH Holdings, LLC** | | | Relationship to you | **Affiliate** |
| District | **Western District of Louisiana, Lafayette Division** | When | **9/24/19** | Case number, if known | **19-51131** |
| Debtor | **MOR MGH Holdings, LLC** | | | Relationship to you | **Affiliate** |
| District | **Western District of Louisiana, Lafayette Division** | When | **10/07/20** | Case number, if known | **20-50756** |
| Debtor | **Signature Industrial Services, LLC** | | | Relationship to you | **Affiliate** |
| District | **Western District of Louisiana, Lafayette Division** | When | **2/11/22** | Case number, if known | **22-50087** |
| Debtor | **Turbine Generation Services, LLC** | | | Relationship to you | **Affiliate** |
| District | **Western District of Louisiana, Lafayette Division** | When | **7/30/18** | Case number, if known | **18-50942** |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 6

22-50106 - #1   File 02/18/22   Enter 02/18/22 13:07:15   Main Document   Pg 6 of 9

District Counsel - IRS
PO Box 30509
New Orleans, LA 70190


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Office of the U.S. Attorney - WDLA
Lafayette/Lake Charles/Alexandria
800 Lafayette St., Ste. 2200
Lafayette, LA 70501-6865


Louisiana Department of Revenue
PO Box 66658
Baton Rouge, LA 70896


Office of the U.S. Trustee - WDLA
300 Fannin Street, Ste. 3196
Shreveport, LA 71101-3122


Cypress Creek Equine, LLC of KY
600 Jefferson Street
Suite 1500
Lafayette, LA 70501


Dalis Moreno Waguespack
600 Jefferson Street
Suite 1401
Lafayette, LA 70501


Darren P. Nicholson
Burns Charest, LLP
900 Jackson St.
Suite 500
Dallas, TX 75202


Elle Investments, LLC
600 Jefferson Street
Suite 1401
Lafayette, LA 70501

GE Oil & Gas, LLC
c/o Michael H. Bernick
Reed Smith, LLP
811 Main St., Suite 1700
Houston, TX 77002


John M. Duck
Adams and Reese, LLP
Hancock Whitney Center
701 Poydras St., Suite 4500
New Orleans, LA 70139


Koning Rubarts, LLP
1700 Pacific Avenue
Suite 4500
Dallas, TX 75201


Mark L. Johansen
Reed Smith, LLP
2850 N. Harwood Street
Suite 1500
Dallas, TX 75201


Michel Moreno
600 Jefferson Street
Suite 1401
Lafayette, LA 70501


MOR 2013 Holdings, LLC
600 Jefferson Street
Suite 1401
Lafayette, LA 70501


MOR KM Holdings, LLC
600 Lafayette Street
Suite 1401
Lafayette, LA 70501


Moreno Properties, LLC
600 Jefferson Street
Suite 1401
Lafayette, LA 70501


New York Racing Association
PO Box 95000-3820
Philadelphia, PA 19195-0001

```
NYRA
PO Box 90
Ozone Park, NY 11417


Tiffany C. Moreno
600 Jefferson Street
Suite 1401
Lafayette, LA 70501


William S. Snyder
Bradley Arant Boult Cummings, LLP
4400 Rennaissance Tower
1201 Elm Street
Dallas, TX 75270
```